THOMAS WRIGHT, Respondent, v. THE HANNIBAL AND ST. JOSEPH RAILROAD COMPANY, Appellant.

Kansas City Court of Appeals, March 28, 1887.

ACTION—SUIT FOR KILLING STOCK UNDER SECTION 809, REVISED STATUTES—ADJOINING TOWNSHIP.—Where stock is killed by a railroad in one township, suit may be brought in another township if the townships are *adjoining*. But there must be proof of such fact on the trial.

APPEAL from Clinton Circuit Court, HON. GEORGE W. DUNN, Judge.

*Reversed and remanded.*

The case is stated in the opinion.

STRONG & MOSMAN, for the appellant.

I. When suit is brought for double damages, it

must be before the justice of the peace *within the township* where the injury occurred, or before some justice of an *adjoining* township. Rev. Stat. 1879, sect. 2839. This is a jurisdictional fact, which must affirmatively appear of record, that the injury did occur *in the township* in which the justice before whom it is brought holds office. *Hansberger v. Railroad*, 43 Mo. 196. Or, the evidence must show that the animal was killed *in a township adjoining* that of the justice, before whom suit is brought. *Mitchell v. Railroad*, 82 Mo. 106 ; *Haggard v. Railroad*, 63 Mo. 302 ; *Matson v. Railroad*, 80 Mo. 229. There is *no proof* that Lathrop township adjoins Jackson township. Nor is it so much as alleged in the complaint. "The statement must aver the jurisdictional fact, and the bill of exceptions must show that proof thereof was made." *Roberts v. Railroad*, 19 Mo. App. 650 ; *Backenstoe v. Railroad*, 86 Mo. 492 ; *Palmer v. Railroad*, 21 Mo. App. 438.

II.    The court erred in giving the instruction asked by plaintiff. The court had no *jurisdiction* under the evidence. Cases *supra*. There was *no evidence* that plaintiff's stock was killed by *defendant's* engine and cars, and there was *no evidence* that it was struck at a point on defendant's track ; nor that *its* track passes through the township where the stock was killed ; nor that *it* failed to erect and maintain good *fences ;* nor that plaintiff's stock entered any enclosure belonging to defendant or others. There is *total failure* of proof both as to the jurisdiction of the justice, and as to these matters of substance.

No brief for the respondent.

ELLISON, J.—This action is for killing stock, and is brought under Revised Statutes, section 809. The action was instituted before a justice of the peace of Lathrop township, while the killing occurred in Jackson township. This may be done if the townships are

adjoining, but there must be proof of such fact on the trial. There is no such evidence preserved in the bill of exceptions, and for this reason we are compelled to reverse the judgment. *Palmer v. Railroad*, 21 Mo. App. 437; *Mitchell v. Railroad*, 82 Mo. 106.

With the concurrence of Philips, P. J., the judgment is reversed and the cause is remanded. Hall, J., absent.